**Entered on Docket**
**December 01, 2009**

*Bruce A. Markell*
_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Litton Loan Servicing LP
09-76938

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-28037-BAM |
| Robert B. Tait and Diane Tait | Date:  11/10/09<br>Time: 1:30pm |
| Debtors. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Litton Loan Servicing LP, its assignees and/or successors in interest, of the subject property, generally described as 3636 Morgan Springs Avenue, N Las Vegas, NV 89081, and legally described as follows:

> Lot 23, Block 13, of FINAL MAP OF RUNVEE HOBART UNIT 4D, as shown by Map thereof on file in Book 124 of Plats, Page 56, in the Office of the County Recorder of Clark County, Nevada.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.**

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1      IT IS FURTHER ORDERED that in the event a Notice of Default has been recorded against this

2 particular property there can be no sale for sixty (60) days, allowing the Debtor(s) to submit a copy of

3 this Order to the State of Nevada, Foreclosure Mediation Program and the Order will be construed as an

4 agreement between the Secured Creditor and Debtors that they have voluntarily agreed to a mediation

5 under the Nevada State Foreclosure Mediation Program pursuant to Rule 6 of said program. The

6 necessary information can be accessed at http://www.nevadajudiciary.us.

7      DATED this _____ day of _____ 2009

8

9 Submitted by:

10

11 **WILDE & ASSOCIATES**

By: _K. _____ #10235_

12 **Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

13 208 South Jones Boulevard
Las Vegas, Nevada 89107

14

15 APPROVED / DISAPPROVED

16 By:_____

Anthony Deluca

17 5830 W. Flamingo Rd., #233
Las Vegas, NV 89103

18 Attorney for Debtor(s)

19 Nevada Bar No:_____

20

21

22

23 APPROVED / DISAPPROVED

24 By:_____

25 William A. Leonard
5030 Paradise Road, #B216

26 Las Vegas, NV 89119
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_    The court waived the requirements of LR 9021.

\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_x\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented  parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

\_\_\_\_    approved the form of this order          \_\_\_\_    disapproved the form of this order

\_\_\_\_    waived the right to review the order and/or    \_x\_    failed to respond to the document

\_\_\_\_    appeared at the hearing, waived the right to review the order

\_\_\_\_    matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_    approved the form of this order          \_\_\_\_    disapproved the form of this order

\_\_\_\_    waived the right to review the order and/or    \_x\_\_ failed  to respond to the document

Other Party:_____

\_\_\_\_    approved the form of this order          \_\_\_\_    disapproved the form of this order

\_\_\_\_    waived the right to review the order and/or    \_\_\_\_    failed  to respond to the document

Breach Order:

\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach.  Copies of

this proposed order were transmitted to Debtor's counsel and appointed trustee to which

they have not replied

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor